■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NYDIA SANTIAGO, Appellant. [907 NYS2d 867]—Order, Supreme Court, Bronx County (John P. Collins, J.), entered February 11, 2010, which denied, on the ground of ineligibility, defendant's CPL 440.46 motion to be resentenced, unanimously affirmed.

Since defendant has been released on parole and is not in custody, she is not presently eligible for resentencing (see CPL 440.46 [1]). Concur—Saxe, J.P., Nardelli, McGuire, Freedman and Abdus-Salaam, JJ.